Appendix 3 to DCD 185-002

R. SALECLY   R. Salesky   8-16-12
Officer's Name: Print and Signature   Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Harris      Andre           D        368227            WCI
       Last Name  First Name  Middle Initial  DOC Number   Institution

Housing Location  4-A-16   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑

---

**Part A – INMATE REQUEST**

On thursday 9th of August we had morning wreck. Me and my bunk buddy went out 2 wreck I was getting my walk and no C/O was out there watching us in the cages like they suppose 2 so my bunk buddy climbed out the cage and attempted 2 escape and the C/O's came out there and ask to the left and right of me why did yall have yall jumpers off and took 2 people in from wreck and my bunk buddy already climbed out the cage and jumped a fence, they wait about 20 more minutes and came out and took us in and the C/O II Brinager ask me (I could have sworn your bunk buddy came out) and I said I dont know I was not paying attention. So they

8-15-12                                         Andre Harris
Date                                            Signature of Inmate

---

**Part B – RESPONSE**




Date                                            Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**                Case No. _____

RETURN TO: _____
           Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

Date                                            Institutional ARP Coordinator

                                                Original: White   Institutional ARP Coordinator
                                                Copy:     Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

R. Saleh 8-16-12

## Part A (Continued) – INMATE REQUEST

Brung us in from walks and brung out another set of walks and then I heard on the radio a bunch of comotion and then I seen all the C'os out by the cages then C'o II Brinager came down the Hall and said that little bitch in 16 on A-tier lied 2 me, and (stated I got something for his ass). 15 minutes later C'o II Bartholomew came 2 my cell and took me out and brung me around the property room in Housing 4 where all the rest of the C'os and the Sergent was. they said I lied to them and made up that I said my bunk buddy was on a pass 2 cover them not paying attention 2 the cameras. Then they striped my Butt naked and then took me to the suicide cell on B-tier and cleared the working men off the tier and took me into B2 and C'os II Willburn / C'o II Lark / C'o II Davis / C'o II Brinager acted in a matter to Assult me and Punch me in the ribbs and stomach and willburn hit me with the walkie talkie on the shoulder which put a scratch on my left upper shoulder then C'o II Brinager put me on my knees exicution style still hand cuffed and kicked and kneed me in my ribbs. When all was done C'o Davis told me an a threetening tone (if you tell any one I am going 2 kill you do you understand?) I responded yes cause I was afraid at the time. They removed the handcuffs told me to stay on my knees or I will be maced I complied they left and told me you are lucky you did not recieve a ticket, while the door was closed. they called me stupid nigger and things but I did not respond cause I was Baffled they would do that to me and I did nothing but mind my buisness and get my 1 hour walk. They kept me in the strip cell from 8-9-12 to 8-14-12 morning. I fear for my saftey out this region and really need to be removed from this region as soon as possible, as I continually recieve threats. Please could this matter be looked into thank you.

8-15-12  
Date

Andre Harris  *Andre Harris*  368227  
Inmate's Name: Print and Signature   DOC#

Horess _____ 9/15/12
Officer's Name: Print and Signature       Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Harris         Andre        D        368227        WCI
      Last Name    First Name  Middle Initial  DOC Number  Institution

Housing Location _____ Protective Custody ☐ Administrative Segregation ☐ Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

On August 9, 2012 during an incident that occured in the yard cage I was brought back to my cell (4-A-16) and then tooken to another holding cell in housing unit 4. Officers Randall C'o II, Brinager C'o II, and Davis C'o II went into my cell to pack up my personal property. Upon them packing up my personal property they threw all my personal belongings such as legal mail, court papers, institutional mail, family pictures, and mail, Also commissary

8-14-12                                    Andre Harris
Date                                       Signature of Inmate

**Part B – RESPONSE**

_____                              _____
Date                                        Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**                Case No. _____

RETURN TO: _____ _____ _____
            Last Name  First Name  Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____                              _____
Date                                        Institutional ARP Coordinator

Original: White  Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

## Part A (Continued) – INMATE REQUEST

items I purchased from the first store day of the month and on the 9th of August, 2012 as in Soaps, Deoderant, Stamps, Halls, Writing papers, and Shower shoes etc. When I came from the Cool off cell (4-B-2) on todays date 14th of August, 2012 witnesses Dion Williams #287-303, Cordell Jackson #170-092, Arthur Stokley #368-263, Martez Richards #354-100, Maurice Powell #348-263, Tavon Jones #362-385, and James Morgan #334-946 will testify that those officers mentioned threw my personal belongings in the trash can and spit in my drinking cup (chewing tabacco) which I have evidence. All my reading books and magazines were threw in the trash can. Inventory property papers and commissary receipts are evidence that I possessed certain amount of items and property. Such recording of the teir's (4-A-Bottom) videotape is proof that these officers went into my cell (4-A-16) and threw all of my personal belongings into the trash can. I would like for the issue to be justified. Thank you

8-14-12
Date

Andre Harris  Andre Harris  368227
Inmate's Name: Print and Signature  DOC#